UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

               Plaintiff,

v.

ACCREDITED SURETY AND CASUALTY COMPANY INSURANCE and STATE NATIONAL INSURANCE COMPANY,

               Defendants.

**ORDER**

21 Civ. 5522 (ER)

RAMOS, D.J.

    On June 24, 2021, the Charter Oak Fire Insurance Company ("Charter Oak") brought this action against Accredited Surety and Casualty Company Insurance ("Accredited") and State National Insurance Company ("State") seeking a declaratory judgment that defendants were required to defend and indemnify in an underlying action for bodily injury. Defendants were served on June 29, 2021. Docs. 7–8. On August 17, 2021, after having been granted an extension of time, Accredited answered. Docs. 10, 13. To date, defendant State has neither appeared in this action nor responded to the complaint.

    Charter Oak is therefore directed to submit a status report regarding the case by **December 23, 2021.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.