UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARTER OAK FIRE INSURANCE COMPANY,

            Plaintiff,

- against -

ACCREDITED SURETY & CASUALTY
COMPANY INSURANCE, ET AL.,

            Defendants.

21-cv-5522 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 23, 2022.

SO ORDERED.
Dated:    New York, New York
          November 8, 2022

                                        John G. Koeltl
                                  United States District Judge