# USERY & ASSOCIATES

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

February 16, 2023

*APPLICATION GRANTED*
*SO ORDERED*

*John G. Koeltl, U.S.D.J.*
*2/16/23*

**Via ECF**
Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 14N
New York, NY 10007

Re: *The Charter Oak Fire Insurance Company v. Accredited Surety and Casualty Company Insurance and State National Insurance Company*
Case No. 1:21-cv-05522-JGK

Dear Judge Koeltl:

This office represents plaintiff, the Charter Oak Fire Insurance Company ("Travelers"), in connection with the above-referenced action. We submit this letter motion jointly with counsel for defendant, Accredited Surety and Casualty Company, and counsel for defendant, State National Insurance Company, pursuant to Rule I.E. of the Court's Individual Practices.

The parties have been engaged in ongoing, productive settlement discussions. To date, an agreement in principle has been reached regarding the defense of Travelers' named insured, John Gallin & Son, Inc. The parties continue to negotiate regarding the defense of Brookfield Properties OLP Co. LLC ("Brookfield") and Friedman LLP ("Friedman").

The parties request that the deadline to file pre-dispositive motion conference requests be extended from February 17, 2023 to April 17, 2023, and that the deadline to file a joint pre-trial order be extended in kind.[1] The reason for this request is to allow settlement discussions, which involve Brookfield and Friedman's primary carriers as well the parties to this action, to continue.

Following the filing of Travelers' Second Amended Complaint (Dkt. 35), the Court ordered the parties to submit a new Rule 26(f) report (Dkt. 38). The current Rule 26(f) report was filed November 22, 2022 (Dkt. 39) and so ordered November 25, 2022 (Dkt. 40). No prior request has been made to modify the deadlines in the current Rule 26(f) report.

---

[1] The current deadline to file a joint pre-trial order is March 17, 2023, or 21 days after decision of any dispositive motion. The parties request that this deadline be extended to May 17, 2023, or 21 days after decision of any dispositive motion.

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 6TH FLOOR | SUITE 300 |
| | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

<u>/s/Lisa Szczepanski</u>
Lisa Szczepanski
Usery & Associates
*Attorneys for the Charter Oak Fire Insurance Company*

<u>/s/Michael S. Brown</u>
Michael S. Brown
Nicoletti Spinner Ryan Gulino Pinter LLP
*Attorneys for Accredited Surety and Casualty Company, Inc.*

<u>/s/Nancy Stuart Portney</u>
Nancy Stuart Portney
Stewart Smith
*Attorneys for State National Insurance Company*

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 6TH FLOOR | SUITE 300 |
|  | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |