# USERY & ASSOCIATES

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

November 13, 2023

**Via ECF**
Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 14N
New York, NY 10007

Re:   *The Charter Oak Fire Insurance Company v. Accredited Surety and Casualty Company Insurance and State National Insurance Company*
Case No. 1:21-cv-05522-JGK

Dear Judge Koeltl:

This office represents plaintiff, The Charter Oak Fire Insurance Company ("Travelers"), in connection with the above-referenced action. We submit this letter request jointly with counsel for defendant, State National Insurance Company ("SNIC"), and counsel for defendant, Accredited Surety and Casualty Company ("Accredited"), pursuant to Rule I.E. of the Court's Individual Practices.

Travelers sought leave of the Court to move for partial summary judgment against SNIC and Accredited on August 18, 2023. *See* Dkt. No. 47. The same day, the Court scheduled a pre-motion conference for September 13, 2023. *See* Dkt. No. 48. On August 24, 2023, the parties requested the pre-motion conference be adjourned to allow the parties' settlement in principle to be finalized. *See* Dkt. No. 49. The Court granted the parties' request and adjourned the pre-motion conference to November 15, 2023. *See* Dkt. No. 50.

The parties respectfully request a final adjournment of the pre-motion conference to December 15, 2023 to allow the parties to finalize their settlement in principle. This request does not affect any other scheduled dates or deadlines.

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

Lisa Szczepanski

*Handwritten: Conference adjourned to 12/14/23 at 1:00 P.M. So ordered. /s/ John G. Koeltl, U.S.D.J. 11/14/23*

Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 655 N. CENTRAL AVENUE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE |
| SUITE 1100 | MS04A-0000 | 6TH FLOOR | SUITE 301 |
| GLENDALE, CA 91203 | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |

cc:  Nicoletti Spinner Ryan Gulino Pinter LLP (*via ECF*)
     Stewart Smith (*via ECF*)

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 655 N. CENTRAL AVENUE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 801 LAKEVIEW DRIVE |
| SUITE 1100 | MS04A-0000 | 6TH FLOOR | SUITE 301 |
| GLENDALE, CA 91203 | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |