UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------

THE CHARTER OAK FIRE INSURANCE
COMPANY,                                    21-cv-5522 (JGK)

              Plaintiff,              ORDER

   - against -

ACCREDITED SURETY AND CASUALTY
COMPANY INSURANCE, ET AL.,

              Defendants.
--------------------------------------

    The deadline for the plaintiff to file a motion for partial summary judgment is **January 19, 2024**. The deadline for the defendants to respond is **February 9, 2024**. The plaintiff may reply by **February 16, 2024**.

SO ORDERED.

Dated:    New York, New York
           December 14, 2023

                                                John G. Koeltl
                                      United States District Judge